# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**VELEZ BARRIOS, MIGUEL ANGEL**<br><br>DEBTOR(S) | CASE NO.: **10-10749-ESL**<br>JUDGE: **LAMOUTTE, ENRIQUE S.**<br><br>(CHAPTER 7) |
|---|---|

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on December 22, 2010. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes _____ No _____.   Tape No. _3_ Side _____
**Exemptions as claimed in Schedule C allowed.** Yes _____ No _____   From _____
**Creditor(s) Present** Yes _✓_ No _____.   **Attorney's Information**
_____   Present with Debtor(s) was
_____   _✓_ Attorney of Record
_____   ____ Other: _____
_____   ____ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
____ A, ____ B, ____ C, ____ D, ____ E, ____ I & J, ____ Other _SofA_____
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _20_ days:**
_✓_ Documents on Real Property       _✓_ Documents on Vehicle
   (Appraisal, Title Search, Mortgage Balance)
_Certificate of Pypising_____

**Trustee further requests that:**
____ Case be closed as no-asset as of the date of §341(a) meeting.      ____ Upon receipt of documents.
_✓_ Case be held open for potential asset recovery.
____ Case be **RESET** the §341(a) Meeting
   ____ On the ____ day of _____, 2011, at _____.
   ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
      ____ Debtor(s) failed to appear.
      ____ Attorney for Debtor(s) failed to appear.
      ____ Further testimony or material is needed.

   ____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
   ____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
   ____ Description of estate assets.
   ____ Failure of _____ Debtor(s) _____ Counsel to appear at:
      _____ initial _____ subsequent creditor meetings.

Dated:  December 22, 2010                           /s/ Wilfredo Segarra Miranda
                                                    WILFREDO-SEGARRA-MIRANDA,
                                                    Trustee