IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | |
|---|---|
| MIGUEL ANGEL VELEZ BARRIOS | CASE NO.: 10-10749-ESL |
| Debtor | Chapter 7 |

## NOTICE OF APPEARANCE UNDER RULE 9010(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND REQUEST FOR NOTICE TO CREDITORS UNDER RULE 2002

SERGIO A. RAMIREZ DE ARELLANO LAW OFFICES hereby enters its appearance as counsel on behalf of **DORAL BANK** (hereinafter **"DORAL"**), a party in interest, and requests copies of all filings and notices henceforth.

s/SERGIO A. RAMIREZ DE ARELLANO
**SERGIO A. RAMIREZ DE ARELLANO**
**Attorney for DORAL**
**Banco Popular Center, Suite 1133**
**209 Muñoz Rivera Avenue**
**San Juan, PR  00918-1009**
Tel. 765-2988; 764-6392
Fax No. 765-2973
USDC No. 126804
sramirez@sarlaw.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties which have made an electronic appearance in this case.

In San Juan, Puerto Rico, this 3rd day of January, 2011.

s/SERGIO A. RAMIREZ DE ARELLANO
SERGIO A. RAMIREZ DE ARELLANO
USDC No. 126804