IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: **VELEZ BARRIOS, MIGUEL ANGEL** DEBTOR(S) | CASE NUMBER: **10-10749-ESL** (Chapter 7) NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| 2010 HYUNDAI VERACRUZ FINANCED BY FIRST BANK_IN DE | $30,070.00 | $41,934.00 | $0.00 | $0.00 | $(11,864.00) |
| 2009 SUZUKI SX4_IN DEBTOR'S POSSESSION_UNEXPIRED L | $12,650.00 | $15,977.00 | $0.00 | $0.00 | $(3,327.00) |
| 2009 MAZDA 6_FINANCED BY FIRST BANK UNDER A CONDIT | $15,000.00 | $27,500.00 | $0.00 | $0.00 | $(12,500.00) |
| 2007 LEXUS GS 450_UNEXPRIRED LEASE FINANCED BY POP | $25,000.00 | $56,000.00 | $0.00 | $0.00 | $(31,000.00) |
| JEWELRY. ESTIMATED AMOUNT, NOT VERIFIED. | $1,000.00 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| CLOTHING, SHOES AND OTHER PERSONAL WEARING APPAREL | $800.00 | $0.00 | $800.00 | $0.00 | $0.00 |
| FURNITURE, UTENCILS, SILVERWARE, AUDIO EQUIPMENT, | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| 07/ELECTRIC POWER GENERATOR_ON LEASE WITH POPULAR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PUERTO RICO SEWER AND WATER AUTHORITY. UTILITY SR | $50.00 | $0.00 | $50.00 | $0.00 | $0.00 |
| PUERTO RICO ELECTRIC POWER AUTHORITY. UTILIY SERV | $100.00 | $0.00 | $100.00 | $0.00 | $0.00 |
| OPENED 9/28/2010: CORPORATE BANK ACCOUNT AT BANCO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK ACCOUNTS AT RG PREMIER / SCOTIABANK ACCOUNT # | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PRINCIPAL RESIDENTIAL REAL PROPERTY LOCATED AT URB | $135,000.00 | $10,569.00 | $21,949.20 | $0.00 | $102,481.80 |

Documents Included:  Appraisal ( )  Creditors Statement ( )  Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARITES IN INTEREST AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:

1)     Property has no value or is burdensome to the Estate.  No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.

**DATED:**    June 29, 2011                                         /s/ Wilfredo Segarra-Miranda
                                                                                    Wilfredo Segarra-Miranda
                                                                                    PO Box 9023385
                                                                                    San Juan, PR  00902-3385
                                                                                    (787) 725-6160



**LORD TITLE SERVICE CO.**
713 ANDALUCIA AVENUE PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
TSEARCH@LORDTITLE.COM

Notice:



**CASO:** LCDO. JOSE J. JIMENEZ QUIÑONES

**RE:** MIGUEL ANGEL VELEZ BARRIOS

**FINCA:** #59101 inscrita al folio 121 del tomo 1313 de Bayamón.
Registro de la Propiedad de Bayamón, sección 1ra.

**DESCRIPCION:** URBANA: Solar marcado con el #68 del bloque C en el plano de inscripción de la Urbanización Villa Verde, radicado en el Barrio Guaraguo Abajo del término municipal de Bayamón, Puerto Rico, con un área superficial de 247.20 metros cuadrados. Colinda por el Norte en una distancia de 10.30 metros con terrenos propiedad de Teodoro Amadee & María Del Carmen Viera Echegaray; por el Sur en una distancia de 10.30 metros con la calle #10 del mencionado plano; por el Este en una distancia de 24.00 metros con el solar #67 del mencionado plano y por el Oeste en una distancia de 24.00 metros con el solar #69 del mencionado plano y bloque.

Sobre el antes descrito solar se ha edificado una casa residencial de hormigón armado dedicada a vivienda.

**TRACTO:** Se segrega de la finca #57211 inscrita al folio 22 del tomo 1273 de Bayamón

**DOMINIO:** Consta inscrita a favor de **MIGUEL ANGEL VELEZ BARRIOS, soltero** quien adquirió por compra a Enid Dolores Alicea Rosario, soltera, por precio de $93,596.88, según Esc. #41 en Corozal el 22 de febrero de 1997 ante Gil A. Mercado Nieves, inscrita al folio 124vto. del tomo 1313 de Bayamón, finca #59101 inscripción 5ta.

**GRAVAMENES:** Por su procedencia: Servidumbres y Condiciones Restrictivas.

**POR SI:** Hipoteca constituida por MIGUEL ANGEL VELEZ BARRIOS, soltero en garantía de un pagaré, a favor de Doral Bank, o a su orden, por $12,100.00 al 12.95%, vencedero el 1 de agosto de 2020, según Esc. #438 en San Juan a 22 de julio de 2005 ante Ivonne González Medrano, inscrita al folio 37 del tomo 1840 (agora) de Bayamón finca #59101 inscripción 7ma y última.

**OBSERVACION:** Se observa que la hipoteca que gravaba esta finca por $90,800.00 fue cancelada por Doral Mortgage Corp., en septiembre 2002 sin que se localizara hipoteca a favor de dicha institución para esa fecha. De poseer datos de presentación favor de suministrarlos.

**NOTA:** DEL REGISTRO SURGE UN ATRASO DE VARIOS DIAS EN LA ENTRADA DE MINUTAS DE PRESENTACION PARA LA BITACORA ELECTRONICA DEL SISTEMA AGORA. NO SOMOS RESPONSABLES POR ERRORES U OMISIONES DEL REGISTRO.

**REVISADOS:** Registro de embargos estatales, incluyendo Ley #12 del 2010, contribuciones federales, sentencias y Bitácora Electrónica hasta el asiento 567 del diario 1291 de la cual no nos hacemos responsables por errores u omisiones en la misma.

14 de diciembre de 2010

1012-0205

NOEL A. HERNANDEZ GUZMAN
PRESIDENTE  50-F



2009 mazda 6

Vin. 1YVNP82A895M01020

Lien / $27,500.00



Send to Printer

advertisement



## 2009 Mazda MAZDA6 i Grand Touring Sedan 4D

### BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|---|---|
| Excellent | $17,955 |
| ✓ Good (Selected) | $17,005 |
| Fair | $15,505 |

### Vehicle Highlights

**Mileage:** 20,000
**Engine:** 4-Cyl, 2.5 Liter
**Transmission:** Automatic, 5-Spd w/Overdrive & Manual Mode
**Drivetrain:** FWD

### Selected Equipment

**Standard**

- Traction Control
- Air Conditioning
- Power Steering
- Power Windows
- Power Door Locks
- Tilt Wheel
- Cruise Control
- AM/FM Stereo
- MP3 (Multi Disc)
- Dual Air Bags
- Side Air Bags
- ABS (4-Wheel)
- Leather
- Power Seat
- Moon Roof
- Rear Spoiler
- Alloy Wheels

Advertisement



advertisement

The acclaimed MAZDA 6 sports sedan.

Starting around
$19,400*

Close Window



**Mazda6**

Build and Buy Request a Quote
Search Inventory
Brochure Request
Locate a Dealer
Payment Estimator

Options shown.    Presented by: mazda

## Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

#### Excellent                                                           $17,955
- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

#### ✓ Good (Selected)                                                    $17,005
- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

#### Fair                                                                 $15,505
- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

#### Poor                                                                 N/A
- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**
**dtop**
**DIRECTORIA DE SERVICIOS AL CONDUCTOR**
**PERMISO PARA VEHICULOS DE MOTOR O ARRASTRES**

4206086
20076

2009 suzuki sx4 azul obscuro
automovil (para alquiler), auto privado
**Descripción y Clasificación de Vehículo**

| 7153682 | 11dic2008 | HJV324 | | | 4206086 |
|---|---|---|---|---|---|
| Registración | Fecha Registro | Tablilla | | Título | |
| 2009 | suzi sx4 | azo | *4 | *4 | *143 |
| Año | Marca Modelo | Color | Puertas | Cilin | Cab Fuerza |

J52YC416296200320                Articulo 15.02
**VIN (Número de Serie)**   Peso Desc   Capacidad Carga

                                              $14,903
Dealer    Venta Condicional              Precio Contrib

feb 2009 a dic 2009    13871567    31dic2009
Vigencia              Marbete        **Expiración**

POPULAR AUTO INC
SUITE 215
1961 AVE JESUS T PINERO
SAN JUAN PR 00920-5608
**Dueño del Vehículo y Dirección Postal**

La Misma

**Dirección Residencial, sólo si es diferente a Postal**
P.VENTA    $17,164         *******
                           Licencia      Estación de Inspección
20090223-08364705-387-804-4829-00000000

Derechos Pagados
Certifico Correcto
CM-56

**Relación de Multas Administrativas**
siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| Boleto | Fecha | Cantidad | Mun. | Orden o Ley |
|---|---|---|---|---|
| | | Multas | $0.00 | |

| | | |
|---|---|---|
| Derechos Anuales | $100.83 | |
| ACAA | $35.00 | |
| Seguro Oblig | $99.00 | |
| Duplicado | | |
| Derechos Pagados | $234.83 | |

REQUIERE INSPECCION VEH. DE
MAS DE DOS AÑOS FABRICADO

**ORIGINAL - DUEÑO**





Send to Printer

advertisement

## 2010 Hyundai Veracruz GLS Sport Utility 4D

### BLUE BOOK® PRIVATE PARTY VALUE



| | Condition | Value |
|---|---|---|
| ✓ | Excellent (Selected) | $30,070 |
| | Good | $28,570 |
| | Fair | $26,170 |

advertisement

### Vehicle Highlights

Mileage: 3,000
Engine: V6, 3.8 Liter
Transmission: Automatic, 6-Spd w/Overdrive & Shiftronic
Drivetrain: FWD

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Traction Control | Tilt Wheel | Side Air Bags |
| Stability Control | Cruise Control | ABS (4-Wheel) |
| Air Conditioning | AM/FM Stereo | Roof Rack |
| Power Steering | MP3 (Single Disc) | Privacy Glass |
| Power Windows | Infinity Prem Sound | Alloy Wheels |
| Power Door Locks | Dual Air Bags | |

### Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

Close Window

### Vehicle Condition Ratings

✓ **Excellent** (Selected)
   $30,070
- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.

http://www.kbb.com/used-cars/hyundai/veracruz/2010/private-party-value/pricing-report?...   11/14/2010

- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- *Complete and verifiable service records.*

Less than 5% of all used vehicles fall into this category.

### Good
$28,570

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

### Fair
$26,170

- *Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.*
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

### Poor
N/A

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* Puerto Rico 11/14/2010

© 2010 Kelley Blue Book Co., Inc. All rights reserved. 11/12/2010-11/18/2010 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.10112)



```
                                                    NG        RESULT
                                                     0        PGS. SENT
                                                 00:46        USAGE T
                                         06/02 20:17          ST. TIME
                                                              CONNECTION ID
                                                              SUBADDRESS
                                        18666004071           CONNECTION TEL
                                                  3045        TX/RX NO

                              TX FUNCTION WAS NOT COMPLETED

                              **************************
                              ***  ERROR TX REPORT  ***
                              **************************

001                                                     TTS           06/02/2010 20:18 FAX 7877832651
```



 Send to Printer

advertisement



## 2007 Lexus GS 450h Sedan 4D

### BLUE BOOK® PRIVATE PARTY VALUE

| | Condition | Value |
|---|---|---|
| | Excellent | $31,815 |
| ✓ | Good (Selected) | $30,215 |
| | Fair | $27,615 |

advertisement



### Vehicle Highlights

**Mileage:** 30,000
**Engine:** V6, Hybrid, 3.5 Liter
**Transmission:** Automatic, CVT
**Drivetrain:** RWD

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Traction Control | Cruise Control | F&R Side Air Bags |
| Stability Control | AM/FM Stereo | ABS (4-Wheel) |
| Air Conditioning | Cassette | Leather |
| Power Steering | CD (Multi Disc) | Dual Power Seats |
| Power Windows | Bluetooth Wireless | Moon Roof |
| Power Door Locks | Parking Sensors | Alloy Wheels |
| Telescoping Wheel | Dual Air Bags | |

Advertisement

Close Window

**Lexus GS**



Locate a Dealer

Presented by: LEXUS

## Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent** — $31,815
- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

✓ **Good** (Selected) — $30,215
- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

**Fair** — $27,615
- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

**Poor** — N/A
- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.